# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **GRETCHEN RATLIFF BOWERS,** )<br>)<br>**Plaintiffs,** )<br>) <br>v. )<br>)<br>**RESURGENT CAPITAL SERVICES L.P.,** )<br>)<br>**Defendant.** )<br>) | **CIVIL ACTION NO.**<br><br>**2:23-cv-00712-ACA** |

## NOTICE OF SETTLEMENT

**COMES NOW** defendant Resurgent Capital Services LP ("Resurgent"), by and through its undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached as to all claims of plaintiff Gretchen Ratliff Bowers against Resurgent.

Resurgent, therefore, requests that this Honorable Court provide the parties sixty (60) days to file the necessary dismissal papers.

Respectfully submitted this the 17th day of July, 2023.

/s/ R. Frank Springfield
R. Frank Springfield (SPR024)
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
fspringfield@burr.com

Attorney for Defendant
RESURGENT CAPITAL SERVICES LP

51102787 v1

## CERTIFICATE OF SERVICE

      I hereby certify that on July 17, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notification of such filing to the following:

Patricia S. Lockhart
John G. Watts
M. Stan Herring
Watts & Herring, LLC
301 19th Street North
Birmingham, AL  35203

                                                  */s/ R. Frank Springfield*
                                                  OF COUNSEL